IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. CR415-86-1 |
| | ) | |
| KIM H. BIRGE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 26th day of August, 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 26 PM 4:51
CLERK
SO. DIST. OF GA.