FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC 12 PM 4:48
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:15-CR-86 |
| v. | ) | |
| | ) | |
| KIM H. BIRGE | ) | |

## ORDERED

This matter comes before the Court on the Government's motion to update victim payee information in the Judgment entered against the Defendant Kim H. Birge. The Court, having read and considered the Government's motion and the balance of the record, hereby GRANTS the Government's motion.

- It is so ORDERED that the victim referred to as "Chatham County Probate Court" shall be replaced with "Travelers Casualty and Surety Company of America"

This amendment is made under the authority of Rule 36 of the Federal Rules of Criminal Procedure to correct clerical errors in judgments arising from oversight or omissions. All other previously imposed terms and conditions are unchanged and remain in full effect.

So ORDERED this 12th day of DECEMBER, 2019.

HON. WILLIAM T. MOORE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA